**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6240**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JAMES LEONARD SMITH,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:19-cr-00117-HEH-3; 3:22-cv-00806-HEH)

---

Submitted:  October 31, 2023                           Decided:  November 3, 2023

---

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James Leonard Smith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Leonard Smith appeals from his convictions for wire fraud and money laundering offenses. Smith previously appealed from the same criminal judgment, and his convictions were affirmed. *United States v. Smith,* No. 21-4484, 2022 WL 4376082 (4th Cir. Sept. 22, 2022). Because Smith cannot again appeal, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*